**Opinion issued October 30, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00889-CV

———————————

## IN RE VERONICA MCKELVIN SMITH, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Veronica McKelvin Smith, has filed a petition for writ of mandamus.[1]

We deny the petition and dismiss any pending motions, including relator's motion

for temporary relief, as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.

---

[1]  The underlying case is *Texas Capital Loans LLV v. Veronica McKelvin Smith, and All Occupants*, cause number 1261349, pending in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Manpreet Monica Singh presiding.